IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RAY DEAN WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA; COUNTY AND CITY OF BUTTE,<br><br>Defendant. | CV 18-78-BU-BMM<br><br><br>ORDER |

Plaintiff Ray Dean Wilson filed this action on December 10, 2018. (Doc. 1.) Wilson, however, failed to pay the filing fee or move this Court to proceed in forma pauperis. The clerk notified Wilson on December 13, 2018, that he must either pay the filing fee or file a motion to proceed in forma pauperis. Wilson never paid the filing fee or filed the appropriate motion.

U.S. Magistrate Judge Lynch subsequently ordered Wilson on January 4, 2019, to either pay the filing fee or move this Court to proceed in forma pauperis by January 18, 2019. (Doc. 4). Judge Lynch added that failure to do so "is likely to result in immediate dismissal." *Id.* at 2. Wilson, again, never paid the filing fee or filed a motion to proceed in forma pauperis. The Court will dismiss Wilson's case.

Accordingly, IT IS ORDERED that *Wilson v. State of Montana; County and City of Butte*, CV-18-78-BU-BMM is DISMISSED WITHOUT PREJUDICE for

1

failure to pay the required filing fee.

DATED this 27th day of February, 2019.

Brian Morris
United States District Court Judge